

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-30-2013

# Nizar Al-Sharif v. USCIS

Precedential or Non-Precedential: Precedential

Docket No. 12-2767

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Nizar Al-Sharif v. USCIS" (2013). *2013 Decisions.* Paper 440.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/440

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2767
_____

NIZAR AL-SHARIF,

Appellant

v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-10-cv-01435)
District Judge:  Honorable Claire C. Cecchi
_____

Before:  McKEE, *Chief Judge*, RENDELL, AMBRO, FUENTES, SMITH, FISHER,
JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SCIRICA and
VAN ANTWERPEN, *Circuit Judges*.
_____

ORDER
_____

Pursuant to Third Circuit IOP 9.2, it is hereby ORDERED that the above-
captioned case will be submitted on the briefs to the en banc panel on August 15, 2013.


BY THE COURT:

/s/ Theodore A. McKee
Chief Judge


Dated:      July 30, 2013
cjg/tyw/cc:   Thomas E. Moseley
            Bradley B. Banias, Esq.
            Timothy M. Belsan, Esq.
            Michael Campion, Esq.
            Kristin L. Vassallo, Esq.